DAVID J. TSAI (SBN 244479)
  david.tsai@pillsburylaw.com
JOHN J. STEGER (SBN 341299)
  john.steger@pillsubyrlaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA  94111-5998
Telephone:     415.983.1000
Facsimile:      415.983.1200

Attorneys for Plaintiff
Xiamen Zhaozhao Trading Co., Ltd.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Xiamen Zhaozhao Trading Co., Ltd.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Fujian Gutian Daxing Import & Export Co., Ltd.,<br><br>　　　　　　Defendant. | Case No.<br><br>**COMPLAINT FOR:**<br>**(1)   INFRINGEMENT OF U.S. PATENT NO. D955,550;**<br>**(2)   INFRINGEMENT OF U.S. PATENT NO. D958,465**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Xiamen Zhaozhao Trading Co., Ltd. ("Zhaozhao" or "Plaintiff") hereby asserts the following claims for patent infringement against Defendant Fujian Gutian Daxing Import & Export Co., Ltd. ("Defendant"), and alleges as follows:

### NATURE OF THE ACTION

1. This is a civil action for patent infringement under the patent laws of the United States, 35 U.S.C. § 1 *et seq*.

2. This action arises from Defendant's infringement of U.S. Design Patent Nos. D955,550 ("the 'D550 Patent"), and D958,465 ("the 'D465 Patent") (collectively, "the Asserted Patents").

3. A copy of the 'D550 Patent and 'D465 Patent are attached as Exhibits A and B respectively.

### THE PARTIES

4. Zhaozhao is a company organized and existing under the laws of China, with its principal place of business at Unit 01-170, 5/F, No. 32 2nd East Haijing Road, (Bonded Port Area), Xiamen Area of Pilot Free Trade Zone (Fuijan) of China, China.

5. On information and belief, Defendant is a company organized and existing under the laws of China, with its principal place of business at No. 38 North Road Gutian, 3rd Floor, Fujian, China.

### JURISDICTION AND VENUE

6. This is a civil action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1 *et seq*.

7. This Court has subject matter jurisdiction over the matters asserted herein under 28 U.S.C. §§ 1331 and 1338(a).

8. Defendant is subject to this Court's personal jurisdiction as it has committed acts giving rise to this action within and/or directed to this District and has established minimum contacts within this District such that the exercise of jurisdiction over Defendant would not offend traditional notions of fair play and substantial justice. On information and belief, Defendant is systematically directing business activities at consumers in the United States, including California,

through online platforms such as Amazon.com, through which consumers in the United States, including California, can view, place orders for, and purchase Defendant's infringing products for delivery in the United States, including California.

9. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 as Defendant is a foreign corporation and is subject to personal jurisdiction in this district.

## THE ASSERTED PATENTS

10. On June 21, 2022, the USPTO duly and legally issued the 'D550 Patent entitled "pet house".

11. The 'D550 Patent is valid and enforceable.

12. Zhaozhao is the sole assignee and owner of all right, title, and interest in and to the 'D550 Patent.

13. On July 19, 2022, the USPTO duly and legally issued the 'D465 Patent entitled "pet house".

14. The 'D465 Patent is valid and enforceable.

15. Zhaozhao is the sole assignee and owner of all right, title, and interest in and to the 'D465 Patent.

## BACKGROUND

16. Zhaozhao's innovative products include an innovative line of cat houses, which Zhaozhao markets and sells in the United States through its online business Rockever.

17. Zhaozhao developed its innovative line of cat houses to be both durable and attractive, while at the same time, providing cats with ample space to lounge, hide, and play.

18. Prior to Zhaozhao's innovative line of cat houses, most cat houses on the market were relatively small and did not provide cats with sufficient space and did not have multiple levels or enclosed spaces.

19. Due to the large size of Zhaozhao's cat houses, they are designed to be used outdoors. Because of this, Zhaozhao spent considerable time and effort developing cat houses that are both durable for outdoor use and attractive. The effort put in to developing the design has

resulted in a cat house which does not look out of place in a customer's property, such as a front or back yard, porch, or deck.

20. Zhaozhao has protected its innovative products and designs through intellectual property rights, including through design patents issued by the United States Patent and Trademark Office.

21. The 'D550 Patent is practiced by a Rockever product. A true and correct screen shot from Amazon.com showing this product is attached as Exhibit C.

22. The 'D465 Patent is also practiced by a Rockever product. A true and correct screen shot from Amazon.com showing this product is attached as Exhibit D.

23. Since Zhaozhao began selling its innovative line of cat houses, its design has been copied by numerous companies, including Defendant, who sells cat houses which look just like those sold by Zhaozhao.

24. On information and belief, Defendant sells its infringing cat houses under the name Aivituvin Pets. True and correct screenshots showing Defendant's infringing products for sale on Amazon.com are attached as Exhibits E, F, G, H, and I. True and correct screenshots showing Defendant's infringing products for sale on Walmart.com are attached as Exhibits J and K.

## COUNT 1: INFRINGEMENT OF THE 'D550 PATENT

25. Zhaozhao alleges and incorporates by reference the allegations set for in Paragraphs 1 through 24.

26. As shown in the side-by-side comparison below, Defendant has misappropriated Zhaozhao's patented pet house design.

| **The 'D550 Patent** | **Defendant's Infringing Product[1]** |
|---|---|
| |  |

27. Defendant's product is deceptively similar and substantially the same as the patented design of the 'D550 Patent when viewed through the eyes of the ordinary observer and considering the infringing product as a whole.

28. Defendant's unauthorized use, offer for sale, sale, and importation into the United States of its product during the term of the 'D550 Patent infringes the 'D550 Patent.

29. Defendant's unauthorized use, offer for sale, sale, and importation into the United States of its product, has caused, and will continue to cause, Zhaozhao financial and reputational harm. In violation of 35 U.S.C Section 271, Defendant has infringed and continues to infringe the 'D550 Patent by using, offering for sale, selling and/or importing into the United States at least its product identified in this Complaint, which employs the designs covered by the 'D550 Patent.

## COUNT 2: INFRINGEMENT OF THE 'D465 PATENT

30. Zhaozhao alleges and incorporates by reference the allegations set for in Paragraphs 1 through 29.

31. As shown in the side-by-side comparison below, Defendant has misappropriated Zhaozhao's patented pet house design.

---

[1] Image taken from listing on Amazon.com: https://www.amazon.com/Aivituvin-Outdoor-Shelter-Waterproof-Balcony/dp/B08Q7Z98N1 (last checked August 17, 2022).



32.     Defendant's product is deceptively similar and substantially the same as the patented design of the 'D465 Patent when viewed through the eyes of the ordinary observer and considering the infringing product as a whole.

33.     Defendant's unauthorized use, offer for sale, sale, and importation into the United States of its product during the term of the 'D465 Patent infringes the 'D465 Patent.

34.     Defendant's unauthorized use, offer for sale, sale, and importation into the United States of its product, has caused, and will continue to cause, Zhaozhao financial and reputational harm.  In violation of 35 U.S.C Section 271, Defendant has infringed and continues to infringe the 'D465 Patent by using, offering for sale, selling and/or importing into the United States at least its product identified in this Complaint, which employs the designs covered by the'D465 Patent.

---

[2] Image taken from listing on Amazon.com: https://www.amazon.com/-/es/Aivituvin-Cat-House-resistente-intemperie/dp/B08Q893BDV/ref=sr_1_15?m=A1AULUTR31MGNZ&marketplaceID=ATVPDKIKX0DER&qid=1661184721&s=merchant-items&sr=1-15 (last checked August 17, 2022).

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests:

A. A Judgment that Defendant has infringed, infringes, and continues to infringe the 'D550 Patent and the 'D465 Patent;

B. A finding that Zhaozhao has no adequate remedy at law and an order and judgment permanently enjoining Defendant, its parent companies, subsidiaries, related companies, and all persons acting in concert or participation with Defendant, or persons acting or purporting to act on its behalf, including, but not limited to its officers, directors, partners, owners, agents, representatives, employees, attorneys, successors, and assigns, and any and all persons acting in concert or privity with them, from making, using, importing, exporting, distributing, supplying, selling or offering to sell, or causing to be sold any product falling within the scope of the 'D550 Patent or the 'D465 Patent, or otherwise contributing to or inducing the infringement of the'D550 Patent or the 'D465 Patent;

C. A judgment ordering the recall and destruction of all materials within the control of Defendant, its parent companies, subsidiaries, or related companies, and their agents or distributors, that in any way infringe upon the 'D550 Patent or the 'D465 Patent;

D. An award of damages to adequately compensate Zhaozhao for Defendant's patent infringement, such damages to be determined by a jury, and an accounting to adequately compensate Zhaozhao for the infringement;

E. An order finding that this is an exceptional case under 35 U.S.C. § 28 and awarding Zhaozhao attorneys' fees;

F. Costs and expenses in this action;

G. An award of prejudgment and post-judgment interest; and

H. Such other further relief, in law or equity, as this Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Zhaozhao respectfully demands a trial by jury on all issues triable by jury.

Dated:  August 29, 2022

                                              PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/ David J. Tsai*

    Attorneys for Plaintiff
    Xiamen Zhaozhao Trading Co., Ltd.